UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE BONILLA,

    Petitioner.

Case No. 25-cv-08900-WHO (PR)

**ORDER OF DISMISSAL**

Petitioner Steven Wayne Bonilla, a California prisoner on death row, has filed documents challenging the constitutionality of his conviction. However, he has a pending habeas petition in which he challenges the same state court judgment he challenges here. *See Bonilla v. Ayers*, No. C 08-0471 YGR. He is represented by counsel in that case, and he must bring all of his claims, motions and other requests through counsel in that case, not in a new habeas action. Accordingly, the instant habeas action is DISMISSED.

The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** December 17, 2025



WILLIAM H. ORRICK
United States District Judge